467 A.2d 643

Commonwealth v. O'Fallon, Appellant.
Reargument Denied Nov. 18, 1983.

Submitted June 23, 1983. Peter T. Campana, for appellant; James J. Rosini, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.